

FILED
JUN 2 5 2025
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

UNITED STATES OF AMERICA

v.                              Case No. 2:25mj118
                                Court Date: September 3, 2025

ANDREW M. BISHOP

### CRIMINAL INFORMATION

#### COUNT ONE

Misdemeanor – Violation No. E1209754

THE UNITED STATES ATTORNEY CHARGES:

That on or about September 9, 2024, at or near Naval Air Station Oceana, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, ANDREW M. BISHOP, did unlawfully enter upon a naval installation for a purpose prohibited by law or lawful regulation.

(In violation of Title 18, United States Code, Section 1382.)

#### COUNT TWO

Misdemeanor – Violation No. E1209755

THE UNITED STATES ATTORNEY CHARGES:

That on or about September 9, 2024, at or near Naval Air Station Oceana, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, ANDREW M. BISHOP, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

COUNT THREE

Misdemeanor - Violation No. E1209756

THE UNITED STATES ATTORNEY CHARGES:

That on or about September 9, 2024, at or near Naval Air Station Oceana, Virginia Beach, Virginia, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in the Eastern District of Virginia, the defendant, ANDREW M. BISHOP, did willfully and unlawfully injure or commit a depredation against property of the United States, or of any department or agency thereof.

(In violation of Title 18, United States Code, Section 1361.)

Respectfully submitted,

Eric S. Siebert
United States Attorney

By: *Ashley Young*
Ashley J. Young
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
ashley.young@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

*Ashley Young*
_____
Ashley J. Young
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 441-6712
Fax:(757) 441-3205
ashley.young@usdoj.gov

24 June 2025
_____
Date